## WALTER COVILL *v.* ADAM PHY.

24   37<br>80a 228

### MOTION TO CONTINUE CAUSE.

An attorney who tried a cause in the court below, is not authorized to appear in the Supreme Court without a new retainer.

THE defendant in error moves to continue this cause, after joinder in error, upon his affidavit and that of one of his attorneys, that the counsel who had signed the joinder, had not been retained in this court. It appeared, by counter affidavits, that the attorney who signed the joinder in error had assisted on the trial of the cause in the court below.

*Per Curiam.*—The continuance will be allowed. We do not understand that the attorneys who tried the cause below, are authorized to appear in this court, without a new retainer for that purpose. As the defendant does not ask to have the joinder in error stricken from the record, the joinder will stand as an appearance.